# United States District Court
## Violation Notice

CVB Location Code
CA16

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 1848469 | Foster | 194 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☐ State Code |
|---|---|
| 9/19/09  2025 | 36 CFR 4.23(2) |

Place of Offense
Discovery View

Offense Description
Driving under the influence of alcohol

### DEFENDANT INFORMATION    Phone: (    ) -

| Last Name | First Name | M.I. |
|---|---|---|
| MACHADO | MARK | T |

Street Address

| City | State | Zip Code | Date of Birth |
|---|---|---|---|
| merced | CA | 95340 | |

| Drivers License No. | D.L. State | Social Security No. |
|---|---|---|
| | CA | |

☒ Adult  ☐ Juvenile   Sex ☒ Male ☐ Female   Hair BRN   Eyes BRN   Height 5-9   Weight 190

### VEHICLE DESCRIPTION   VIN:

| Tag No. | State | Year | Make/Model | Color |
|---|---|---|---|---|
| 8EO2187 | CA | 06 | Dodg/Pkp | Blu |

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

09-4290
09-235

| | $ | Forfeiture Amount |
|---|---|---|
| | + $25 | Processing Fee |
| PAY THIS AMOUNT → | | Total Collateral Due |

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X ____ Defendant Signature

(Rev. 03/2006)                    Original - CVB Copy

1848469

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on September 19th 2009 while exercising my duties as a law enforcement officer in the Eastern District of California in Yosemite National Park

I saw a Blue Dodge pickup traveling northbound through the Wawona Tunnel at a high rate of speed. I tracked the vehicle using Radar#EC415 at 50 mph in a posted 35mph zone. When the vehicle approached my parked position I observed the left tires cross the double yellow center line twice in approximately 100 yards. After the vehicle passed my position and I pulled in behind it I again observed the vehicles left side tires cross the double yellow center line into the on coming traffic lane.

I stopped the vehicle at the Discovery View parking lot and contacted the operator who I identified as Mark T. MACHADO from a California drivers license, at his door I smelled the odor of an alcoholic beverage coming from within the vehicle. MACHADO stated he had consumed three beers. I performed Standardized Filed sobriety tests with MACHADO which indicated impairment in all three physical tests. MACHADO submitted to a P.B.T. which indicated a BrAC of .075 and .072 grams of alcohol per 210 liters breathe equivalent. I arrested MACHADO for DUI. MACAHDO gave two breath samples on the alcotest 7410 Plus EPAS which indicated .06 grams of alcohol per 210 liters of breath equivalent at 2308 and 2311 hours.

The foregoing statement is based upon:

☒ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☒ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: ___9/20/09___   _____
            Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____   _____
            Date (mm/dd/yyyy)   U.S. Magistrate Judge

# United States District Court
## Violation Notice

| CVB Location Code | | |
|---|---|---|

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 1848471 | Foster | 194 |

## YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☐ State Code |
|---|---|
| 9/19/09 2221 | 36 CFR 4.12 |

Place of Offense

Discovery View

Offense Description

TRAFFIC CONTROL DEVICE:
Double Yellow Center line

### DEFENDANT INFORMATION          Phone: (    )

| Last Name | First Name | M.I. |
|---|---|---|
| MACHADO | MARK | J |

Street Address

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| MERCED | CA | 95340 | |

| Drivers License No. | D.L. State | Social Security No. |
|---|---|---|
| | CA | |

☒ Adult ☐ Juvenile   Sex ☒ Male ☐ Female   Hair BRN   Eyes BRN   Height 5-9   Weight 180

### VEHICLE DESCRIPTION   VIN:

| Tag No. | State | Year | Make/Model | Color |
|---|---|---|---|---|
| 8EØ2187 | CA | 06 | Dodg/PU | BRN |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

09-4290
09-235

| $ | Forfeiture Amount |
|---|---|
| | + $25 Processing Fee |
| PAY THIS AMOUNT → $ | Total Collateral Due |

## YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____

(Rev. 03/2006)        Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on ___September 19th___ 20 _2009_ while exercising my duties as a law enforcement officer in the ___Eastern___ District of ___California___ in Yosemite National Park

I saw a Blue Dodge pickup traveling northbound through the Wawona Tunnel at a high rate of speed. I tracked the vehicle using Radar#EC415 at 50 mph in a posted 35mph zone.

When the vehicle approached my parked position I observed the left tires cross the double yellow center line twice in approximately 100 yards. After it passed my position and I pulled in behind it I again observed the vehicles left side tires cross the double yellow center line into the on coming traffic lane.

I stopped the vehicle and identified the operator as MACHADO from a California Drivers License.

I arrested MACHADO for speed, traffic control device, and driving under the influence of alcohol.

The foregoing statement is based upon:

☒ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☒ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: ___9/20/09___   _____
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____   _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

# United States District Court
## Violation Notice

| CVB Location Code | |
|---|---|
| CA16 | |

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 1848470 | Foster | 144 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☐ State Code |
|---|---|
| 9/19/09  2221 | 36 CFR 4.21 |

Place of Offense

Discovery View

Offense Description

Speed  50mph in 35 zone

### DEFENDANT INFORMATION    Phone: (    )

| Last Name | First Name | M.I. |
|---|---|---|
| Machado | Mark | T |

Street Address

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| Merced | CA | 95340 | |

| Drivers License No. | D.L. State | Social Security No. |
|---|---|---|
| | CA | |

☒ Adult  ☐ Juvenile   Sex ☒ Male  ☐ Female   Hair BRN   Eyes BRN   Height 5-9   Weight 180

### VEHICLE DESCRIPTION    VIN:

| Tag No. | State | Year | Make/Model | Color |
|---|---|---|---|---|
| 8E02187 | CA | 06 | Dodg/Pku | Blu |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

09 - 4290
09 - 235

| $ | Forfeiture Amount |
|---|---|
| | + $25 Processing Fee |
| PAY THIS AMOUNT → | $    Total Collateral Due |

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

(Rev. 03/2006)          Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on September 19th 20 2009 while exercising my duties as a law enforcement officer in the Eastern District of California

in Yosemite National Park

I saw a Blue Dodge pickup traveling northbound through the Wawona Tunnel at a high rate of speed. I tracked the vehicle using Radar#EC415 at 50 mph in a posted 35mph zone.

I initiated a traffic stop and identified the driver as Machado from a CA driver's license. A computer check returned neg. for wants/warrants.

I arrested MACHADO for speed, traffic control device, and driving under the influence of alcohol.

The foregoing statement is based upon:

☒ my personal observation          ☐ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 9/20/09     [signature]
             Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
             Date (mm/dd/yyyy)    U.S. Magistrate Judge