```
ED DUNLAVEY
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California 95389
Telephone: 209-372-0243
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES GOVERNMENT, ) | CASE: 6:09-mj-0212-YNP |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION TO VACATE |
| vs. ) | TRIAL DATE AND SET FOR |
| ) | PLEA AND SENTENCE; AND |
| MARK T. MACHADO ) | ORDER THEREON |
| ) | |
| Defendant. ) | Court: U.S. Magistrate |
| ) | Judge: Hon. Gary S. Austin |
| _____) | |

IT IS HEREBY STIPULATED by and between Susan St. Vincent, the acting legal officer for the National Park Service, Defendant, Mark T. Machado, and his attorney of record, Jeremy Kroger, that the Bench Trial in the above-captioned matter set for January 20, 2010 be vacated, and the matter be set for plea and sentence on January 19, 2010, at 10:00 a.m.

Dated: December 31, 2009         By: /s/ Susan St. Vincent
                                     SUSAN ST. VINCENT
                                     Acting Legal Officer for
                                     National Park Service

Dated: December 31, 2009         By: /s/ Jeremy Kroger
                                     JEREMY KROGER
                                     Attorney for Defendant
                                     MARK T. MACHADO

1

* * * ORDER * * *

The Court, having reviewed the above request to vacate the trial date, now set for January 20, 2010, and set the matter for plea and sentence January 19, 2010, at 10:00 a.m., HEREBY ORDERS AS FOLLOWS:

1. The Trial set for January 20, 2010, is vacated.
2. The matter is now set for plea and sentence on January 19, 2010.

It is so ordered:

IT IS SO ORDERED.

**Dated:   January 4, 2010**          **/s/ Gary S. Austin**
                                      UNITED STATES MAGISTRATE JUDGE

2